UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER ANN CLIFFORD,

      Plaintiff,

                                            Case No. 16-11847

v.

                                            Honorable John Corbett O'Meara

NANCY A. BERRYHILL, Acting
Commissioner, Social Security
Administration,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
## MAY 25, 2017 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's May 25, 2017 Report and Recommendation, as well as Defendant's June 8, 2017 objections to the report and Plaintiff's June 22, 2017 response to those objections.

After conducting a *de novo* review, the court finds Magistrate Judge Grand's Report and Recommendation to be well-reasoned and supported by applicable law.

## ORDER

It is hereby **ORDERED** that the May 25 2017 Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that Defendant's motion for summary judgment is **DENIED.**

It is further **ORDERED** that Plaintiff's motion for summary judgment is **GRANTED IN PART** to the extent it seeks remand and **DENIED IN PART** to the extent it seeks an award of benefits.

It is further **ORDERED** that this case is **REMANDED** to the administrative law judge for further proceedings consistent with Magistrate Judge Grand's recommendations.

s/John Corbett O'Meara
United States District Judge

Date:  June 26, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 26, 2017, using the ECF system.

s/William Barkholz
Case Manager
